IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 8 2007

GREG         INGHAM
CLERK

Civil Action No. 06-cv-02464-BNB

THOMAS O'HARA,

     Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
ALLAN F. STANLEY, Chairman, Colorado Division of Adult Parole, Parole Board,
CHAMOIS FANELLI-ARMENTROUT, Parole Officer, and
LAWRENCE ULLO, Parole Supervisor/Designee,

     Defendants.

---

## ORDER RECONSTRUING ACTION AS A 42 U.S.C. § 1983 PRISONER COMPLAINT AND DIRECTING PLAINTIFF TO FILE AN AMENDED PRISONER COMPLAINT

---

Plaintiff Thomas O'Hara currently is held at the El Paso Criminal Justice Center in Colorado Springs, Colorado. On November 29, 2006, Mr. O'Hara submitted to the Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983 seeking an order by the Court that directs Defendants to immediately release the parole hold against him and to release him from parole if he is acquitted of the new criminal charge or if the new charge is dismissed.

The Court found that Plaintiff was challenging the execution of his sentence and that the claims more appropriately are dealt with in a 28 U.S.C. § 2241 action. *Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). The Court then construed the action as a habeas action filed pursuant to § 2241 as opposed to a action filed pursuant to 42

U.S.C. § 1983 and ordered Plaintiff to complete and file with the Court a § 2241 Court-approved application form.

On January 17, 2007, Mr. O'Hara filed a letter with the Court requesting that the action be reconstrued as filed pursuant to § 1983. In the Letter, Plaintiff concedes that the original Complaint he submitted to the Court on November 29, 2006, addressed issues that more properly are raised in a habeas corpus action. He further asserts that since the original filing the Colorado Department of Corrections has committed several constitutional violations against him.

The Court will reconstrue the action as a § 1983 action. Mr. O'Hara is reminded, however, that any claim addressing the validity or execution of his sentence will not be addressed in a § 1983 action. Accordingly, it is

ORDERED that the action is reconstrued as a Prisoner Complaint filed pursuant to 42 U.S.C. § 1983. It is

FURTHER ORDERED that the Court's January 10, 2007, Order is vacated. It is

FURTHER ORDERED that the Clerk of the Court shall alter the Docket again to reflect the proper nature of the action. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. O'Hara two copies of the Prisoner Complaint form. It is

FURTHER ORDERED that if Mr. O'Hara fails to complete and file with the Court, within **thirty days** from the date of this Order, an Amended Prisoner Complaint form that addresses only conditions of confinement claims the action will be dismissed without further notice. It is

FURTHER ORDERED that the Court's January 8, 2007, Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee is reinstated.

DATED January 18, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-02464-BNB

Thomas O'Hara
Prisoner No. 100981
El Paso County Det. Facility
2739 E. Las Vegas St.
Colorado Springs, CO 80907


    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on___1-18-07___

GREGORY C. LANGHAM, CLERK

By:_____
                      Deputy Clerk