**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 2 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02464-BNB

THOMAS O'HARA,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JOE ORTIZ, Executive Director,
COLORADO BOARD OF PAROLE,
ALLAN STANLEY, Chairman,
TOM WATERS, Parole Board Hearing Officer,
ALISHA M. BURRIS,
CHAMOIS FANELLI-ARMENTROUT, Parole Officer, and
LAWRENCE ULLO, Parole Supervisor/Designee,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On March 21, 2007, Plaintiff filed a "Motion to Change Address and Request for Information." The Clerk of the Court shall note the change of address on the Court Docket. The Court received the $49.00 initial partial filing fee and the Amended Complaint on February 20, 2007. Pursuant to Plaintiff's request, the Clerk of the Court shall provide Plaintiff with a copy of the Amended Complaint form he submitted to the Court on February 20, 2007, **including only Pages One through Eight**.

Dated: March 22, 2007

---

Copies of this **Minute Order, and 1 copy of the Amended Complaint form filed February 20, 2007, including only Pages One through Eight,** were mailed on March 22, 2007, to the following:

Thomas O'Hara
Prisoner No. 100981
Kit Carson Corr. Center
PO Box 2000 -BA-111
Burlington, CO 80807

                    Secretary/Deputy Clerk